# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 12-02078 JVS (SPx) | Date | February 21, 2013 |
| Title | Adolfo G. Servin v. Federal National Mortgage Association et al. | | |

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

**On January 14, 2013, the Court granted defendants motion to dismiss without prejudice. Plaintiff was granted 30 days to amend the complaint. As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than March 22, 2013, why this action should not be dismissed for lack of prosecution.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |