UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO G. SERVIN,<br><br>          Plaintiff,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCAITON, CR TITLE SERVICES INC.; MERS INC., defendants DOES 1 through 10, inclusive;<br><br>          Defendants. | Case No. ED CV12-02078-JVS (SPx)<br><br>The Honorable James V. Selna<br><br>JUDGMENT OF DISMISSAL<br><br><br>Action Filed:     April 27, 2012 |

The Court granted Defendants FEDERAL NATIONAL MORTGAGE ASSOCAITON, CR TITLE SERVICES, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC's (collectively, "Defendants") Motion to Dismiss Plaintiff ADOLFO SERVIN's ("Plaintiff") Complaint on January 14, 2013, without prejudice and with 30 days' leave to amend. Thereafter, the Court Ordered Plaintiff to show cause, in writing, not later than March 22, 2013, why the action should not be dismissed for lack of prosecution. Plaintiff failed to show cause, and the Court dismissed the action for lack of prosecution.

In light of the foregoing, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED ADJUDGED, AND DECREED** as follows:

1. That Plaintiff takes nothing by way of his Complaint;

2. Judgment of dismissal, <u>with</u> prejudice, is entered in favor of Defendants; and

3. Defendants are awarded their costs incurred in this action pursuant to a separately filed Bill of Costs, as well as attorneys' fees as determined by a noticed motion.

**IT IS SO ORDERED.**

Dated: April 08, 2013

_____
Hon. James V. Selna

PROOF OF SERVICE

**STATE OF CALIGFORNIA** )
) **ss.**
**COUNTY OF ORANGE** )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

On April 8, 2013, I served the document(s) described as **[PROPOSED] JUDGMENT OF DISMISSAL** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:

  ☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☒ **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the Central District Court website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on April 8, 2013, at Irvine, California.

   /s/ *Kathy Hagmaier*
   Kathy Hagmaier

**SERVICE LIST**
**USDC Central – Case No. ED CV12-02078-VAP (SPx)**
**Riverside County Superior Court Case No. RIC1206327**
**SERVIN v. FEDERAL NATIONAL MORTGAGE, et al.**
**W&W File No. 1133-1072**
[Revised: November 27, 2012]

| | |
|---|---|
| Adolfo G Servin<br>3415 Sparrow Cir<br>Riverside, CA 92503 | Plaintiff Pro Per<br><br>Tel: (951) 227-6543 |